**Motion Granted; Order filed March 26, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00376-CR
_____

**REGINALD TURON HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1416500**

---

## O R D E R

The clerk's record was filed July 2, 2014. Appellant filed a motion to supplement the record with an exhibit filed under seal. *See* Tex. R. App. P. 34.5(c). We grant the motion and issue the following order:

The Harris County District Clerk is directed to file under seal a supplemental clerk's record on or before **April 17, 2015**, containing **the Court's Exhibit 1, the juror information sheets,** filed under seal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.